LAWRENCE J. HILTON (State Bar No. 156524)
lhilton@oneil-llp.com
KATHLEEN A. DONAHUE (State Bar No. 294226)
kdonahue@oneil-llp.com
O'NEIL LLP
19900 MacArthur Boulevard, Suite 1050
Irvine, California 92612
Telephone: (949) 798-0500
Facsimile: (949) 798-0511

Attorneys for Plaintiff, Counterdefendant
and Counterclaimant
Regentact Company Limited

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGENTACT COMPANY LIMITED,<br><br>         Plaintiff,<br><br>    v.<br><br>G & E STUDIOS, INC., et al.,<br><br>         Defendants. | Case No. CV 14-04429-TJH(FFMx)<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT AND COUNTERCLAIM WITH PREJUDICE  [JS-6]**<br><br>**[Fed. R. Civ. P. 41]** |
| REGENTACT COMPANY LIMITED,<br><br>         Counter Claimant,<br><br>    v.<br><br>U.S. GALAXY ENTERTAINMENT CORP., et al.,<br><br>         Counter Defendants, | |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY ACTIONS | |

#154378 v1

Case No. CV 14-04429-RZ

ORDER

1    **PURSUANT TO THE STIPULATION** by and between Regentact
2    Company Limited, G&E Studios, Inc. and EDI Media, Inc., through their designated
3    counsel of record, Regentact Company Limited's First Amended Complaint (Dkt.
4    No. 40) and EDI Media, Inc. and G&E Studios, Inc.'s Counterclaim (Dkt. No. 52)
5    are hereby dismissed with prejudice.

6

7    IT IS SO ORDERED.

8

9    Dated: June 25, 2015

10                                        HON. TERRY J. HATTER, JR.,
11                                         U. S. DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#154378 v1                          1                     Case No. CV 14-04429-RZ
                                  ORDER